1  STEPHEN M. LERNER (State Bar No. 176688)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone:       916.444.3900
5  Fax:    916.444.3249

6  Attorneys for Plaintiff and Counter-Defendant/Counterclaimant
7  QuesTech Financial California, LLC

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| QUESTECH FINANCIAL CALIFORNIA, LLC, | CIV S-04-2553 FCD GGH |
|---|---|
| Plaintiff, | ORDER RE: QUESTECH FINANCIAL CALIFORNIA, LLC'S REQUEST FOR CONTINUANCE WITH RESPECT TO BASKIN-ROBBINS USA, CO.'S AND TOGO'S EATERIES, INC.'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JYM CORPORATION, | |
| Defendant. | |
| v. | |
| BASKIN-ROBBINS USA CO., TOGOS EATERIES, INC., | "AS MODIFIED" |
| Third-Party Defendants. | |
| BASKIN-ROBBINS USA CO., TOGOS EATERIES, INC., | |
| Third-Party Defendants/Counterclaimants/ Counter-Defendants | |
| v. | |
| QUESTECH FINANCIAL CALIFORNIA, LLC, | |
| Counter-Defendant/Counterclaimant | |

The court has reviewed the Motion of QuesTech Financial California, LLC ("QuesTech") for a Continuance of the Hearing on Baskin-Robbins USA, Co.'s and Togo's Eateries, Inc.'s (collectively "Baskin/Togos"), and the opposition to the motion filed by Baskin/Togos and finds that good cause exists and hereby GRANTS the motion.

**IT IS HEREBY ORDERED** as follows:

1. QuesTech's Motion is granted.

2. The hearing date on Baskin/Togo's Motion for Summary Judgment, currently set for January 13, 2006 at 10:00 a.m., is vacated.

3. The hearing date on Baskin/Togo's Motion for Summary Judgment shall be reset for January 27, 2006 at 10:00 a.m. The opposition shall be filed on or before January 13, 2006 and the reply on or before January 20, 2006.

DATED: December 15, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE