1  STEPHEN M. LERNER (State Bar No. 17688)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 capitol Mall, 9th Floor
3  Sacramento, CA 95814
   Phone: 916.444.3900
4  Fax:    916.444.3249

5  Attorneys for Plaintiff
   QuesTech Financial California, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 QUESTECH FINANCIAL CALIFORNIA, )   **STIPULATION AND ORDER RE:**
11 LLC,                           )   **CONTINUANCE OF HEARINGS ON**
                                  )   **TOGOS/BASKINS' MOTION FOR**
12              Plaintiff,        )   **SUMMARY JUDGMENT AND JYM'S**
                                  )   **MOTION FOR SUMMARY JUDGMENT**
13 v.                             )
                                  )
14 JYM CORPORATION,               )   CIV S-04-2553 FCD GGH
                                  )
15              Defendant,        )
                                  )
16 v.                             )
                                  )
17 BASKIN-ROBBINS USA CO., TOGOS  )
   EATERIES, INC.,                )
18                                )
               Third-Party        )
19             Defendants.        )
                                  )
20 BASKIN-ROBBINS USA CO., TOGOS  )
   EATERIES, INC.,                )
21                                )
         Third-Party Defendants/  )
22       Counterclaimants/Counter-)
         Defendants,              )
23                                )
24 v.                             )
                                  )
25 QUESTECH FINANCIAL CALIFORNIA, )
   LLC,                           )
26                                )
         Counter-Defendant/       )
27       Counterclaimant.         )

28

Stip & Order re Continuance of Hearing on Motions for Summary Judgment

Plaintiff and Counter-Defendant/Counterclaimant QuesTech Financial California, LLC ("QuesTech"), Defendant and Third Party Plaintiff JYM Corporation's ("JYM"), and Third-Party Defendants and Counterclaimants/Counter-Defendants Baskin-Robbins USA, Co.'s ("Baskin") and Togos Eateries, Inc.'s ("Togo's") (collectively, "Baskin/Togos"), by and through their respective counsel, stipulate as follows:

## RECITALS

A.      Whereas, on December 13, 2005, Baskin/Togos filed their Motion for Summary Judgment (Document No. 52).  Their motion currently is set for hearing on January 27, 2006 and QuesTech's opposition is due on January 13, 2006;

B.      Whereas, on December 30, 2005, JYM filed its Motion for Summary Judgment (Document No. 58).  Its motion currently is set for hearing on January 27, 2006 at QuesTech's opposition is due on January 13, 2006;

C.      Whereas, on December 30, 2005, QuesTech and Baskin/Togos agreed to settle their respective claims against each other as set forth in the Baskin/Togos Counterclaim and in the QuesTech Counterclaim.  Counsel for QuesTech has prepared a draft settlement that they have forwarded to counsel for Baskins/Togos for their review;

D.      Whereas, on January 11, 2006, QuesTech and JYM agreed upon conditions by which QuesTech would settle its claims against JYM as set forth in the QuesTech Complaint.  Counsel for QuesTech will prepare a draft settlement and forward it to counsel for JYM for his review; and

E.      Whereas, counsel for the parties agreed to continue the hearing date for two weeks on Baskin/Togos's Motion for Summary Judgment and JYM's Motion for Summary Judgment since they need additional time to finalize and execute the aforementioned settlement agreements.

## STIPULATION

1.      The hearing date on Baskin/Togos' Motion for Summary Judgment and JYM's Motion for Summary Judgment, currently set for January 27, 2006 at 10:00 a.m., is vacated; and

1    2.    The hearing date on Baskin/Togos' Motion for Summary Judgment and JYM's Motion for Summary Judgment shall be reset for February 10, 2006 at 10:00 a.m.

    3.    QuesTech shall file its opposition papers to Baskin/Togo's Motion for Summary Judgment and/or JYM's Motion for Summary Judgment by January 27, 2006.

Dated: January 13, 2006

McDonough Holland & Allen PC

Attorneys at Law

By: /s/ Stephen M. Lerner
Stephen M. Lerner
Attorney for Plaintiff and Counterclaimant/Counterclaim-Defendant QuesTech Financial California, LLC

Dated: January 13, 2006

Wilke, Fleury, Hoffelt, Gould &  Birney, LLP

By: /s/ Daniel L. Egan
Daniel L. Egan
Attorneys for Third-Party Defendants and Counterclaimants/Counter-Defendants Baskin-Robbins USA, Co. and Togos Eateries, Inc.

Cohen ♦ Durrett

Dated: January 13, 2006

By: /s/ Gregory M. Finch
Gregory M. Finch
Attorney for Defendant and Third-Party Plaintiff JYM Corporation

**ORDER**

IT IS HEREBY ORDERED as follows:

1.    The hearing date on Baskin/Togos' Motion for Summary Judgment and JYM's Motion for Summary Judgment, currently set for January 27, 2006 at 10:00 a.m., is vacated; and

2.    The hearing date on Baskin/Togos' Motion for Summary Judgment and JYM's Motion for Summary Judgment shall be reset for February 10, 2006 at 10:00 a.m.

3. QuesTech shall file its opposition papers to Baskin/Togo's Motion for Summary Judgment and/or JYM's Motion for Summary Judgment by January 27, 2006.

Dated: January 18, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE