GREGORY M. FINCH (SBN 091237)
Cohen ♦ Durrett
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: 916-361-8797
Facsimile: 916-361-8798

Attorneys for Defendant,
JYM CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUESTECH FINANCIAL CALIFORNIA, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JYM CORPORATION,<br><br>　　　　Defendant. | Case No.  CIV.S-04-2553 FCD GGH<br><br>**STIPULATION TO<br>VACATE HEARING ON SUMMARY<br>JUDGMENT MOTION**<br><br>Date:　February 10, 2006<br>Time:　10:00 a.m.<br>Crtrm: 2 |

## **STIPULATION**

　　　WHEREAS, Defendant JYM Corporation has filed a Motion for Summary Judgment against QuesTech Financial California, LLC, which is currently on calendar for February 10, 2006; and

　　　WHEREAS, the parties have entered into a Settlement Agreement and Stipulated Judgment, which should resolve all issues remaining.

//
//
//
//

THEREFORE, IT IS STIPULATED AND AGREED by and between the parties, that the hearing on calendar for February 10, 2006 for the summary judgment motion filed by Defendant JYM Corporation be vacated.

DATED:   January 26, 2006

/s/ Stephen Lerner, Esq. (authorized on 1/26/06)
STEPHEN LERNER
Attorney for Plaintiff

DATED:   January 26, 2006

  /s/  Gregory M. Finch, Esq.
GREGORY M. FINCH
Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the hearing on calendar for February 10, 2006 for the summary judgment motion filed by Defendant JYM Corporation against QuesTech Financial California, LLC be vacated, as stipulated herein.

Dated: January 31, 2006         /s/Frank C. Damrell, Jr.
                                HONORABLE FRANK C. DAMRELL, IR.