Wilke, Fleury, Hoffelt, Gould & Birney, LLP
Daniel L. Egan, Bar No. 142631
degan@wilkefleury.com
Erin E. Weber, Bar No. 221279
eweber@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664
E-mail:   degan@wilkefleury.com

Attorneys for Third-Party Defendants/Counter Claimants
BASKIN-ROBBINS USA, CO.; TOGO'S EATERIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUESTECH FINANCIAL CALIFORNIA, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>JYM CORPORATION<br><br>vs.<br><br>BASKIN-ROBBINS USA, CO.; TOGO'S EATERIES, INC.<br><br>Third-Party Defendants.,<br><br>Defendant.<br><br>BASKIN-ROBBINS USA, CO.; TOGO'S EATERIES, INC.,<br><br>Third-Party Defendant,<br><br>v.<br><br>QUESTECH FINANCIAL CALIFORNIA, LLC, Does 1-50, inclusive,<br><br>Counter-Defendants. | Case No.  CIV.S-04-2553 FCD GGH<br><br>**STIPULATION TO VACATE HEARING ON SUMMARY JUDGMENT MOTION**<br><br>Date:   February 10, 2006<br>Time:   10:00 a.m.<br>Judge:   Frank C. Damrell, Jr. |

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

- 1 -

## **STIPULATION**

WHEREAS, Cross-Defendant/Cross-Claimant Baskin Robbins Co., Inc. and Togo's Eateries, Inc. ("Baskin/Togo's") have filed a Motion for Summary Judgment against QuesTech Financial California, LLC, which is currently on calendar for February 10, 2006; and

WHEREAS, the parties have agreed to settle the action;

THEREFORE, IT IS STIPULATED AND AGREED by and between the parties, that the hearing on calendar for February 10, 2006 for the summary judgment motion filed by Cross-Defendant and Cross-Claimant Baskin/Togo's be vacated.

DATED: January 30, 2006

/S/
STEPHEN LERNER
Attorney for Plaintiff

DATED: January 30, 2006

/S/
DANIEL L. EGAN
Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the hearing on calendar for February 10, 2006 for the summary judgment motion filed by Cross-Defendant/Cross-Claimant Baskin/Togo's against QuesTech Financial California, LLC be vacated, as stipulated herein.

DATED: February 1, 2006

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.

204304.1

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

- 2 -

STIPULATION TO VACATE HEARING ON SUMMARY JUDGMENT MOTION CIV.S-04-2553 FCD GGH