McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
STEVEN A. LAMON (SBN 124853)
STEPHEN M. LERNER (SBN 176688)
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone:  916.444.3900
Fax:  916.444.3249

Attorneys for Plaintiff: QuesTech Financial California, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUESTECH FINANCIAL CALIFORNIA, LLC,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JYM CORPORATION,<br>　　　　　　Defendant.<br><br>　　　　v.<br><br>BASKIN-ROBBINS USA CO., TOGOS EATERIES, INC.,<br>　　　　　　Third-Party Defendants.<br><br>_____<br><br>BASKIN-ROBBINS USA CO., TOGOS EATERIES, INC.,<br>　　　　　　Third-Party Defendants/<br>　　　　　　Counterclaimants/<br>　　　　　　Counter-Defendants<br><br>　　　　v.<br><br>QUESTECH FINANCIAL CALIFORNIA, LLC,<br>　　　　　　Counter-Defendant/<br>　　　　　　Counterclaimant. | No. CIV. S-04-2553 FCD GGH<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

Plaintiff and Counter-Defendant/Counterclaimant QuesTech Financial California, LLC ("QuesTech") and Counterclaimants/Counter-Defendants Baskin-Robbins USA, Co. and Togos Eateries, Inc. (collectively, "Baskin/Togos"), by and through their respective counsel of record, hereby stipulate that:

**WHEREAS**, Baskin/Togo's brought certain claims against QuesTech as set forth in that certain Counterclaim for (1) trespass; (2) declaratory relief; and (3) breach of contract dated August 15, 2005 (the "Baskin/Togos Counterclaim");

**WHEREAS**, QuesTech brought certain claims against Baskin/Togos as set forth in that certain Counterclaim for (1) conversion and (2) unjust enrichment dated September 16, 2005 (the "QuesTech Counterclaim");

**WHEREAS**, QuesTech and Baskin/Togos desire to dismiss with prejudice all of the claims asserted in the Baskin/Togos Counterclaim and the QuesTech Counterclaim (collectively, the "Claims") without incurring further costs of litigation; and

**NOW, THEREFORE**, it is stipulated and agreed that the Claims are hereby dismissed with prejudice, without costs or attorneys' fees.

Dated: March ___, 2006                     McDONOUGH HOLLAND & ALLEN PC

/S/_____
STEPHEN M. LERNER
Attorney for Plaintiff and
Counterclaimant/Counterclaim-Defendant
QuesTech Financial California, LLC

Dated:  March 23, 2006                     WILKE, FLEURY, HOFFELT, COULD & BIRNEY, LLP

/S/_____
DANIEL L. EGAN
Attorney for Third-Party Defendants and
Counterclaimants/Counter-Defendants
Baskin-Robbins USA, Co. and Togos
Eateries, Inc.

1 | IT IS SO ORDERED:

3 | Dated: April 20, 2006

/s/ Frank C. Damrell Jr.
HON.  FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT COURT JUDGE