GREGORY M. FINCH (SBN 091237)
Cohen ♦ Durrett LLP
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone: 916-361-8797
Facsimile: 916-361-8798

Attorneys for Defendant/Third Party Plaintiff,
JYM CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUESTECH FINANCIAL CALIFORNIA, LLC, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>JYM CORPORATION, <br><br>　　　　Defendant and Third Party Plaintiff, <br><br>vs. <br><br>BASKIN- ROBBINS USA, CO.; TOGOS EATERIES, INC., <br><br>　　　　Third-Party Defendants. | Case No.  CIV.S-04-2553 FCD GGH <br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

NOW COMES Third Party Plaintiff, JYM CORPORATION, by and through its attorney Gregory M. Finch, and the Third Party Defendants BASKIN-ROBBINS USA, CO. and TOGOS EATERIES, INC., by and through their attorney Daniel L. Egan, and as all matters in dispute between the parties to the above-captioned case having been satisfactorily compromised and settled:

//

IT IS STIPULATED AND AGREED by and between the parties, that the cause be dismissed, with prejudice, with each party to bear its own costs and expenses;

IT IS FURTHER STIPULATED AND AGREED by and between the parties, that an Order pursuant to the foregoing may be entered of record without further notice to either party, upon presentation of this Stipulation of Dismissal; and

WHEREFORE, the parties pray that the Court enter an Order of Dismissal, dismissing the Amended Third Party Complaint of Third Party Plaintiff, with prejudice.

DATED: May 11, 2006     COHEN♦DURRETT, LLP,

GREGORY M. FINCH
Attorneys for Third Party Plaintiff
JYM CORPORATION

DATED:  May ____, 2006     Wilke, Fleury, Hoffelt, Gould & Birney, LLP

DANIEL L. EGAN
Attorney for Third Party Defendants
BASKIN-ROBBINS USA, CO. and
TOGOS EATERIES, INC.

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter, by stipulation and between the parties to this action through their designated counsel, be dismissed, with prejudice, pursuant to FRCP 41(a)(1).

Dated: May 17, 2006     /s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.